# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00324-CV

### G. R., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
### NO. C2021-0951A, THE HONORABLE MELISSA MCCLENAHAN, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant G. R. filed his notice of appeal on June 1, 2022. The appellate record was complete on June 13, 2022, making appellant's brief due on July 5, 2022. To date, appellant's brief has not been filed.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore, we order Carah-Beth Bass to file appellant's brief no later than August 23, 2022. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on August 9, 2022.

Before Chief Justice Byrne, Justices Triana and Smith